until the CSC promulgated new regulations in 1956. 248 F.3d at 1383. Estrella's position as an indefinite appointee was therefore not covered by the CSRA, and he is not eligible for an annuity.

Moreover, we disagree that *Rosete* and *Casilang* are in conflict; on the contrary, both cases hold that indefinite appointments, like Estrella's, are not covered by the CSRA and are thus exempt from CSRS coverage. *See Rosete,* 48 F.3d at 518–19; *Casilang,* 248 F.3d at 1383.

We have reviewed Estrella's remaining arguments and find them unpersuasive. We therefore conclude that the Board did not err in holding that the OPM properly denied Estrella's application for a deferred retirement annuity under the CSRA. Because the Board's decision was supported by substantial evidence and was not arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, we affirm.

M. Cohen, Michael N. O'Connell, of Counsel, Department of Justice, Washington, DC, for Respondent.

Gary N. Johnson, of Counsel, West Sacramento, CA, pro se.

### ORDER

Petitioner having paid the docketing fee required by Federal Circuit Rule 52(a)(1) and the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due 21 days from the filing of this order.

**Gary N. JOHNSON, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3277.

United States Court of Appeals, Federal Circuit.

DECIDED: July 12, 2004.

Tracey R. Rockenbach, Principal Attorney, Rosslyn, VA, Todd M. Hughes, David

**Gary N. JOHNSON, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3258.

United States Court of Appeals, Federal Circuit.

DECIDED: July 12, 2004.

Michael N. O'Connell, Principal Attorney, Todd M. Hughes, David M. Cohen, of